UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                Petitioner,

  v.

RONALD HAYNES,

                Respondent.

CASE NO. 2:25-CV-561-JHC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation to which there was no objection filed.

(2)    As Petitioner has submitted no filing fee, pursuant to the Court's Order of March 13, 1997, the Clerk is directed to administratively close this matter.

(3)    A certificate of appealability is denied in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 24th day of April, 2025.

                                *John H. Chun*
                                JOHN H. CHUN
                                United States District Judge