UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> RONALD HAYNES, <br><br> Respondent. | CASE NO. 2:25-CV-561-JHC-DWC <br><br> ORDER |

This matter comes before the Court on Petitioner's motion for reconsideration. Dkt. # 5. Because the motion fails the meet the standard of LCR 7(h)(1), the Court DENIES it.[1]

**DATED** this 12th day of May, 2025.

                                                                         _John H. Chun_
                                                                         JOHN H. CHUN
                                                                         United States District Judge

---

[1] Petitioner claims that he did submit objections to the Report and Recommendation at issue, Dkt. # 2. Dkt. # 5. But none were filed. *See generally* Dkt. Yet even if the substance of the motion for reconsideration were included in a timely filed objection, it would not have made a difference; the Court would still have adopted the Report and Recommendation.

ORDER - 1